**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-8006

AHMAD CLARENCE GARLAND,

Plaintiff - Appellant,

versus

WILLIAM D. CATOE, Director, South Carolina
Department of Corrections; C. RUSHTON, Warden,
McCormick Correctional Institution; L.
CARTLEDGE, Associate Warden, McCormick
Correctional Institution; C. KENDALL,
Associate Warden, McCormick Correctional
Institution; S. LEWIS, Major, McCormick
Correctional Institution; I. CULBREATH, Inmate
Grievance Counselor, McCormick Correctional
Institution; GEORGE LONG, McCormick
Correctional Institution; J. REED, McCormick
Correctional Institution; RICHARD P. STROKES,

Defendants - Appellees,

and

PHILIP MORRIS, USA,

Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Dennis W. Shedd, District Judge.
(CA-00-3024-4-19BF)

Submitted:  March 21, 2002          Decided:  March 28, 2002

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ahmad Clarence Garland, Appellant Pro Se.  Steven Michael Pruitt, MCDONALD, PATRICK, TINSLEY, BAGGETT & POSTON, Greenwood, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ahmad Clarence Garland appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint.  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Garland v. Catoe, No. CA-00-3024-4-19BF (D.S.C. Nov. 7, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2